Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Joseph L. Ryan Bar no. 301375
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Petitioner*
RICO ESPITIA

United States District Court
Northern District of California

| | |
|---|---|
| RICO ESPITIA,<br><br>    *Petitioner*,<br>vs.<br><br>ROBERT NEUSCHMID, Warden, California State Prison Solano<br><br>    *Respondent*.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    *Real Party in Interest*. | No. 18-cv-00240-JST<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM |

**[PROPOSED] ORDER GRANTING EXTENSION OF
TIME TO FILE TRAVERSE AND REPLY MEMORANDUM**

Good cause appearing, petitioner's request for 32-day extension of time to file his traverse and reply memorandum is granted. The deadline for filing is extended to and including, May 14, 2018

Dated: __April 17, 2018_____.

_____
The Honorable United States District Judge